UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORRIE WILKERSON,

        Plaintiff(s),

CASE NUMBER: 05-70229

HONORABLE SEAN F. COX

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On January 30, 2007, Magistrate Mona K. Majzoub submitted a Report and Recommendation **[Doc. 24]** recommending that the Court grant Defendant's Motion for Summary Judgment. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

        s/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: February 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record and the Social Security Administration February 28, 2007, by electronic and/or ordinary mail.

        s/Jennifer Hernandez
        Case Manager